UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JASON ANTUNOVICH

       Plaintiff,

V.                                                    CIVIL ACTION NO

NATIONAL RECOVERY SOLUTIONS, LLC

Defendant,                                   AUGUST 22, 2012

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Danbury, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 6425 Dysinger Road, Lockport, NY 14094.

6. Defendant communicated with plaintiff within 12 months of the filing of this action in connection with collection efforts with regard to plaintiff's disputed personal debt.

7. In the collection efforts, the Defendant contacted the Plaintiff in the month of August, 2012and in one day left Plaintiff 4 voicemail messages attempting to collect a debt and violated the FDCPA § 1692d (5).

8. The Defendant through their collection agents called the work phone number of the Plaintiff and harassed him at his place of employment.

9. The Defendant advised the Plaintiff "Very important message Jason Antunovich, Stephaney Nacky contacting you from the pre-legal department at National Recovery, calling in reference to a formal complaint , placed in my office attached to your name and social.  It is important that you call me at 980-225-5560-ex105."

10. The Defendant stated that a "formal complaint" had been filed against the Plaintiff, when in fact no legal complaint had been filed or could be filed by this collection agency.

11. Defendant violated 1692e, by making false, deceptive and misleading statements to the Plaintiff and violated the FDCPA.

12. The Defendant failed to provide the required notice provided by 1692e (11) in each and every communication, thereby violating the FDCPA.

13. The Defendant failed to mail Plaintiff a "validation of debts clause notice" within 5 days of the initial communication as required by 1692g.

**Second Count.**

14. The allegations of the First Count are repeated and realleged as if fully set forth herein.

15. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq.

**WHEREFORE plaintiff respectfully requests this Court to:**

1. Award Plaintiff such damages as are permitted by law including $1,000 statutory damages against the Defendant;

2. Award Plaintiff damages as are permitted by law on Count II

3. Award the Plaintiff costs of suit and a reasonable attorney's fee;

4. Award declaratory and injunctive relief, and such other and further relief as law may provide.

THE PLAINTIFF
BY /S/ Michael W. Kennedy
Michael W. Kennedy, Esquire
The Kennedy Law Firm
1204 Main Street, Suite 176
Branford, CT 06405
203-4814040
Fax: 443-440-6372
Email: mwk550@yahoo.com