```
             UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT
```

JASON ANTUNOVICH,               :
                                :
    Plaintiff,                  :
                                :
    v.                          :      CASE NO. 3:12CV1232(RNC)
                                :
NATIONAL RECOVERY SOLUTIONS,    :
LLC,                            :
                                :
    Defendant.                  :

## NOTICE AND ORDER

More than 120 days have elapsed since the complaint was filed but the plaintiff has not made proof of service as required by Fed. R. Civ. P. 4(l).

Accordingly, the plaintiff is hereby ordered to file a memorandum on or before February 25, 2013 showing why this action should not be dismissed.  See Fed. R. Civ. P. 4(m).

Failure to comply with this order will result in dismissal pursuant to Fed. R. Civ. P. 41(b).

SO ORDERED at Hartford, Connecticut this 14th day of February, 2013.

                                                    _____/s/_____
                                                    Donna F. Martinez
                                                    United States Magistrate Judge