UNITED STATES DISTRICT COURT
CONNECITCUT

Jason Antunovich

       Plaintiff,

V.                                          CIVIL ACTION NO

                                            3:12-cv-01232-RNC

National Recovery Solutions, LLC

Defendant.                                  February 14, 2013

**NOTICE OF DISSMISAL**

The plaintiff through his attorney Michael W. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                                       THE PLAINTIFF

                                                                       BY/S/Michael W. Kennedy
                                                                       Michael W. Kennedy, Esquire
                                                                        The Kennedy Law Firm
                                                                        1204 Main Street, Suite 176
                                                                        Branford, CT 06405
                                                                        203-481-4040
                                                                        Fax: 443-440-6372
                                                                        Email: mwk550@yahoo.com

*CERTIFICATION*

I hereby certify that on 2/14/13 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Michael W. Kennedy